UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES ALLEN MOORE, DENNIS LYNN CARTWRIGHT, JR., EILAND KWEST JOHNSON, AND MYKAEL LEE BOOKER,

    Defendants.
_____/

Case No. 1:20-cr-189

HONORABLE PAUL L. MALONEY

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

This matter is before the Court on Defendant Moore's request for an ends of justice continuance. Currently, the final pretrial conference is scheduled for February 16, 2021, and the jury trial is scheduled for February 23, 2021. The request for a continuance was made to allow additional time for the disclosure and review of discovery. Defendant has consented to the request for a continuance (ECF No. 49). The Government does not oppose the request (ECF No. 28, PageID.220). The Co-Defendants have also consented to the request (Cartwright, ECF No. 62, Johnson, ECF No. 59, and Booker, ECF No. 54).

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(i),(B)(iv). Therefore,

**IT IS HEREBY ORDERED** that Defendant Moore's Motion for Ends of Justice Continuance (ECF No. 48) is GRANTED and a continuance enters as to all Defendants.  The final pretrial conference is rescheduled to **April 19, 2021 at 3:30 p.m.**  The jury trial is rescheduled to **April 27, 2021 at 8:45 a.m.**

Dated:  February 12, 2021                                    /s/  Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge